**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
DEBORAH L. STEIN, SBN 224570
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fac.: 213.229.7520

**ROBINSON & COLE LLP**
STEPHEN E. GOLDMAN
   sgoldman@rc.com
WYSTAN M. ACKERMAN
   wackerman@rc.com
*Motions for pro hac vice admission forthcoming*
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fac.: 860.275.8299

Attorneys for Defendant Travelers Indemnity Company of Connecticut

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAGOS & GERAGOS, APC, a Professional Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a corporation; ERIC GARCETTI, an individual; and DOES 1 to 25, inclusive,<br><br>    Defendants. | **CASE NO. 2:20-cv-04414**<br><br>**DECLARATION OF RICHARD J. DOREN IN SUPPORT OF DEFENDANT TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court of the State of California, Los Angeles County, Case No. 20STCV14022] |

Gibson, Dunn & Crutcher LLP

Declaration of Richard J. Doren

# DECLARATION OF RICHARD J. DOREN

I, Richard J. Doren, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant Travelers Indemnity Company of Connecticut ("Defendant") in the above-titled action. I have personal knowledge of the matters stated herein, and if asked to testify thereto, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on April 10, 2020, and served on Defendant on April 16, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Civil Case Cover Sheet in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on April 10, 2020, and served on Defendant on April 16, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Summons in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on April 10, 2020, and served on Defendant on April 16, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Case Assignment in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on April 10, 2020, and served on Defendant on April 16, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Notice of Confirmation of Electronic Filing in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was served on Defendant on April 16, 2020, with Exhibits A, B, C, and D.

7. Attached hereto as **Exhibit F** is a true and correct copy of the document titled, "Voluntary Efficient Litigation Stipulations," which was served on Defendant on April 16, 2020, with Exhibits A, B, C, and D.

8. Attached hereto as **Exhibit G** is a true and correct copy of the document titled, "Alternative Dispute Resolution (ADR) Information Package," which was served on Defendant on April 16, 2020, with Exhibits A, B, C, and D.

9. Attached hereto as **Exhibit H** is a true and correct copy of the First Amended General Order of Los Angeles County Superior Court Presiding Judge Kevin C. Brazile regarding electronic filings, dated May 3, 2019, which was served on Defendant on April 16, 2020, with Exhibits A, B, C, and D.

10. Attached hereto as **Exhibit I** is a true and correct copy of a Proof of Service of Summons in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on April 17, 2020.

11. Attached hereto as **Exhibit J** is a true and correct copy of a Proof of Service of Summons in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles, which was filed on May 5, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of a Minute Order issued on May 11, 2020, by Judge Yolanda Orozco in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles.

13. Attached hereto as **Exhibit L** is a true and correct copy of a Notice of Case Management Conference filed on May 11, 2020, in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles.

14. Attached hereto as **Exhibit M** is a true and correct copy of a Certificate of Mailing filed on May 11, 2020, in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles.

15. In accordance with 28 U.S.C. § 1446(a), Exhibits A through M constitute copies of "all process, pleadings, and orders served upon" Defendant and/or filed in *Geragos & Geragos, APC v. The Travelers Indemnity Company of Connecticut et al.*, Case No. 20STCV14022, Superior Court of California, County of Los Angeles.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on May 15, 2020, in Los Angeles, California.

Richard J. Doren